No. 513. HARVEY *v.* LYONS ET AL., *ante,* p. 918. Petition for rehearing and for other relief denied.

No. 477, Misc. GOLDSTEIN *v.* WASHINGTON, *ante,* p. 895;

No. 501, Misc. ACUFF *v.* COOK MACHINERY CO., INC., *ante,* p. 805; and

No. 532, Misc. CLINE *v.* DUNBAR, *ante,* p. 804. Motions for leave to file petitions for rehearing denied.

JANUARY 21, 1966.

No. 1111, Misc. CHANDLER, U. S. DISTRICT JUDGE *v.* JUDICIAL COUNCIL OF THE TENTH CIRCUIT OF THE UNITED STATES. Application for stay of order. *Thomas J. Kenan* for petitioner. *Solicitor General Marshall* for respondent.

Petitioner applied to MR. JUSTICE WHITE, Circuit Justice for the Tenth Circuit, for "Stay of Order of Judicial Council of the Tenth Circuit of the United States" in the above matter, and the application was by him referred to the Court for its consideration and action.

It appearing to the Court from the response of the Solicitor General to the application that the order from which relief is sought is entirely interlocutory in character pending prompt further proceedings inquiring into the administration of Judge Chandler of judicial business in the Western District of Oklahoma, and that at such proceedings Judge Chandler will be permitted to appear before the Council, with counsel, and that after such proceedings the Council will, as soon as possible, undertake to decide what use, if any, should be made of such powers as it may have in the premises, it is hereby ordered that the application for stay be denied pending